UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

FRANCISCO ARIEL VASQUEZ,
Institutional ID No. 02054011

           Plaintiff,

v.

JOSHUA P. SOLIS, *et al.*,

           Defendants.

No. 1:20-CV-00129-H

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed and the time to do so has passed. The District Court made an independent examination of the record and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate.

The Court therefore orders that Defendant Lofton's Motion for Summary Judgment based on qualified immunity is denied. However, Plaintiff's complaint and all claims alleged within it are dismissed with prejudice as frivolous and for failure to state a claim under 28 U.S.C. §§ 1915, 1915A. All relief not expressly granted and any pending motions are denied.

The Court will enter judgment accordingly.

So ordered.

Dated August 29, 2024.

                                              JAMES WESLEY HENDRIX
                                              United States District Judge